# SHARMALAW

LAW OFFICES OF RAVI IVAN SHARMA, P.C.
26 BROADWAY, 26TH FLOOR, NEW YORK, NEW YORK 10004

**212 537 5957**
Facsimile 212 537 5956
Voice Mail 213 537 5953
RAVI@SHARMALAW.COM

May 31, 2016

Honorable Alison J. Nathan
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

RE: **Hurley v. Green 90, Inc**. *et. al.*, 16-cv-929 (AJN)

To the Court:

This office represents defendant Green 90, Inc.

I write to inform the court that my client and plaintiff has reached a settlement which when fully executed will involve a dismissal with prejudice as to both defendants. Counsel for plaintiff has promised that a draft agreement setting forth the terms will be given to me today for review and execution.

Accordingly we request the submission deadline of today and the scheduled conference later this week be adjourned or taken off calendar.

Please do not hesitate to contact me should you have any questions.

Very truly yours,

Ravi Ivan Sharma
(RS2064)