UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**FREDKIEY HURLEY**, individually,
Case No. 16-CV-00929

Plaintiff,

v.

GREEN 90, INC. d/b/a JOHNNY'S BAR,
a New York for profit corporation, and
92 MANAGEMENT LLC a New York
for profit corporation,

**Defendants.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 2 2 2016

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by and among the undersigned counsel, that whereas no party hereto is an infant or incompetent person for whom committee has been appointed or conservatee and no person not a party has an interest in this subject matter of the action, that the above entitled action be dismissed *with prejudice*, without costs and attorney's fees to either party as against the other and that each party waives all rights of appeal with respect to such dismissal.

SO ORDERED:   6/22/16

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

1

Respectfully submitted on June 17, 2016.

| | |
|---|---|
| By: /s/ **Tara Demetriades** | By: /s/ RAH |
| Tara Demetriades, Esq. | Ravi Ivan Sharma, Esq. |
| Counsel for Plaintiff | SHARMALAW - Ravi Ivan Sharma, P.C. |
| New York Bar. No. 4158666 | 26 Broadway, 26th Floor |
| ADA Accessibility Associates | New York, New York 10004 |
| 1076 Wolver Hollow Road | 213 537 5953 (voicemail) |
| Oyster Bay, NY 11771 | 212 537 5957 (main) |
| E: tdemetriades@Aol.com | 213 537 5957 (cell) |
| T: (516) 595-5009 | 212 537 5956 (fax) |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Stipulation for Dismissal has been served via the Court's CM/ECF filing system upon all parties of record on June 17, 2016.

2